# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 10, 2024

Lyle W. Cayce
Clerk

No. 24-40029

H. L.,

*Plaintiff—Appellant*,

*versus*

Allen Independent School District,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:21-CV-749

Before Clement, Graves, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

H.L. appeals the district court's grant of summary judgment to the Allen Independent School District and its accompanying findings regarding the child find mandate and a free appropriate public education under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.* This court has considered this appeal on the basis of the briefs, record, and applicable law in this matter. For the reasons set forth in the lengthy,

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-40029

detailed, and thorough Memorandum Opinion and Order of the district court, we AFFIRM.